1    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025, is an

7  informed and voluntary one.

8    _____        _____

9  JOHN TARGOWSKI                           Date
   Attorney for Defendant
10 GUILLERMO ZAMBRANO

11

12    I have read this stipulation and have carefully discussed it

13 with my attorney. I understand my Speedy Trial rights.  I voluntarily

14 agree to the continuance of the trial date, and give up my right to

15 be brought to trial earlier than October 21, 2025.  I understand that

16 I will be ordered to appear in Courtroom 8C of the Federal

17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18 2025 at 8:30 a.m.

19    _____        08 - 09 - 24

20 GUILLERMO ZAMBRANO                        Date
   Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant GUILLERMO ZAMBRANO

26 on this date.

27 Self interpreter        _____

28 INTERPRETER                               Date

                               11