1   I am SAI ZHANG's attorney.  I have carefully discussed every
2   part of this stipulation and the continuance of the trial date with
3   my client. I have fully informed my client of his Speedy Trial
4   rights.  To my knowledge, my client understands those rights and
5   agrees to waive them.  I believe that my client's decision to give up
6   the right to be brought to trial earlier than October 21, 2025 is an
7   informed and voluntary one.

8
                                                            8/7/2024
9   _____     _____
    RUEVEN L. COHEN                          Date
    YOUNGBIN SON
10  Attorneys for Defendant
    SAI ZHANG
11

12
        This agreement has been read to me in Mandarin, the language I
13
    understand best, and I have carefully discussed every part of it with
14
    my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
    agree to the continuance of the trial date and give up my right to be
16
    brought to trial earlier than October 21, 2025.  I understand that I
17
    will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
    90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19
                                                            8/7/2024
20  _____     _____
    SAI ZHANG                                Date
21  Defendant

22                      **CERTIFICATION OF INTERPRETER**

23      I, ____Yanyan Liu_____, am fluent in the written and spoken

24  English and Mandarin languages.  I accurately translated this entire

25  agreement from English into Mandarin to defendant SAI ZHANG on this

26  date.

27  _____     _____
                                                            08/07/2024
    INTERPRETER                              Date
28

7