_____     _____
INTERPRETER                           Date

   I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____     8/8/2024
JONATHON PERLISS                      Date
Attorney for Defendant
JIAYONG YU


   This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

_____     8/8/2024
JIAYONG YU                            Date
Defendant

## CERTIFICATION OF INTERPRETER

   I, _Fei Han_, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

*Fei Han*                                                *08/08/2024*
INTERPRETER                                              Date

1

2

3      I am XIAOLEI YE's attorney.  I have carefully discussed every

4  part of this stipulation and the continuance of the trial date with

5  my client. I have fully informed my client of his Speedy Trial

6  rights.  To my knowledge, my client understands those rights and

7  agrees to waive them.  I believe that my client's decision to give up

8  the right to be brought to trial earlier than October 21, 2025 is an

9  informed and voluntary one.

10  EDWARD M. ROBINSON                          Date
   BRIAN ARTHUR ROBINSON
11  Attorneys for Defendant
   XIAOLEI YE

12

13

14      This agreement has been read to me in Mandarin, the language I

15  understand best, and I have carefully discussed every part of it with

16  my attorney.  I understand my Speedy Trial rights.  I voluntarily

17  agree to the continuance of the trial date and give up my right to be

18  brought to trial earlier than October 21, 2025.  I understand that I

19  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

20  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

21

22  XIAOLEI YE                                   Date
   Defendant

23                    **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken

25  English and Mandarin languages.  I accurately translated this entire

26  agreement from English into Mandarin to defendant XIAOLEI YE on this

27  date.

28